6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

25-CR-20893

v.

D-1 ANTHONY Z. BROWN,
D-2 DAMARRION A. MINOR,

Defendants.

Violations:
18 U.S.C. § 1951
18 U.S.C. §§ 1951 & 2
18 U.S.C. §§ 924(c) & 2

## SUPERSEDING INDICTMENT

FILED
AUG 19 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

The Grand Jury charges:

### General Allegations

At all times material to this indictment:

1. Victim-1 was a resident of Flushing, Michigan, who sold marijuana, a Schedule I controlled substance, the sale and robbery of which affects commerce.

**COUNT ONE**
18 U.S.C. § 1951
*Conspiracy to Interfere with Commerce by Robbery*

D-1 ANTHONY Z. BROWN
D-2 DAMARRION A. MINOR

2. On or about May 21, 2025, in the Eastern District of Michigan, ANTHONY Z. BROWN, DAMARRION A. MINOR, and others knowingly conspired to unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery, in that ANTHONY Z. BROWN, DAMARRION A. MINOR, and others conspired to rob Victim-1 of marijuana and proceeds from the sale of marijuana, by means of actual and threatened force, violence, and fear of injury; all in violation of Title 18, United States Code, Section 1951.

**COUNT TWO**
18 U.S.C. §§ 1951 and 2
*Interference with Commerce by Robbery*

D-1 ANTHONY Z. BROWN
D-2 DAMARRION A. MINOR

3. On or about May 21, 2025, in the Eastern District of Michigan, ANTHONY Z. BROWN, DAMARRION A. MINOR, and others knowingly and unlawfully obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, in that ANTHONY Z. BROWN, DAMARRION A. MINOR, and others unlawfully took marijuana and

proceeds from the sale of marijuana from Victim-1 and against Victim-1's will by means of actual and threatened force, violence, and fear of injury to Victim-1 and other persons in Victim-1's company; all in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT THREE**
18 U.S.C. §§ 924(c)(1)(A)(ii) and 2
*Use and Carrying of a Firearm During and in Relation to a Crime of Violence*

D-1 ANTHONY Z. BROWN
D-2 DAMARRION A. MINOR

4. On or about May 21, 2025, in the Eastern District of Michigan, the defendant, ANTHONY Z. BROWN, DAMARRION A. MINOR, and others knowingly used and carried a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, interference with commerce by robbery as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that a firearm was brandished.

**FORFEITURE ALLEGATIONS**
(18 U.S.C. §§ 924 and 981, and 28 U.S.C. § 2461)

5. The allegations contained in Counts One, Two, and Three of this Superseding Indictment are hereby re-alleged and incorporated by reference for the

purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981 and 924 together with Title 28, United States Code, Section 2461.

6. Upon conviction of the offenses charged in Counts One or Two, the defendants shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461, along with any firearm and ammunition involved in or used in the offense(s) pursuant to Title 18, United States Code, Section 924 together with Title 28, United States Code, Section 2461.

7. Upon conviction of the offense charged in Count Three, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the offense pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461.

8. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: August 19, 2026

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>25-CR-20893 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☑ **No** | **AUSA's Initials:** |

**Case Title:** USA v. ANTHONY Z. BROWN, ET. AL.

**County where offense occurred :** GENESEE

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____________________]
__X__Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 25-CR-20893 **Judge:** F. Kay Behm

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☑ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Damarrion A. Minor | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

08/19/2026
Date

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.