UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

Case No.: 25-cr-20893-001
Hon. F. Kay Behm

v.

ANTHONY Z. BROWN,

Defendant.

---

**ORDER AMENDING CONDITIONS OF RELEASE**

---

The Defendant, having moved to remove his tether after the Court having been duly advised on the premises of the motion to amend pretrial release conditions:

IT IS HEREBY ORDERED that Defendant's motion to remove his tether condition is GRANTED for the reasons contained in the Defendant's submission;

IT IS FURTHER ORDERED that all other pretrial release conditions will remain in effect as previously ordered.

IT IS SO ORDERED.

Dated: August 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge